IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| A.K.T., Juvenile | ) | |
| by Shelly Sue Ott, Mother, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5:12cv043 |
| v. | ) | |
| | ) | |
| Clark County DSS, CPS worker | ) | |
| Toby Austin, A. Jones-Director, | ) | |
| E. Shuster-Regional Specialist, et al., | ) | By:   Michael F. Urbanski |
| | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

By Order dated April 25, 2012, this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on May 22, 2012, recommending that plaintiffs' complaint be **DISMISSED** with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B) as being frivolous and for failing to state a claim upon which relief may be granted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

It is accordingly **ORDERED** and **ADJUDGED** that the plaintiffs' complaint be **DISMISSED with prejudice** and that this action be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiffs and to counsel of record.

Entered:   July 3, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge